In the Matter of the Claim of HELEN C. DONDERO, Appellant, against QUEENSBORO NEWS AGENCY, INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision of this court [*ante*, p. 279] amended to impose costs

and disbursements in favor of appellant, and against the carrier, the State Insurance Fund. All concur.